**In the Matter of: Randall M. SCHULZE, Debtor.**

**Randall M. Schulze, Doctor of Chiropractic, Appellant**

v.

**Cap Collection JV7; Randall B. Johnson; CA Partners; N. West Short; Paula D. Effle; N. West Short & Associates PC, Appellees.**

No. 07–51019.

United States Court of Appeals, Fifth Circuit.

June 3, 2008.

Gary Maurice Poenisch, Law Office of Gary Poenisch, San Antonio, TX, for Appellant.

N. West Short, Georgetown, TX, pro se.

N. West Short, Georgetown, TX, for Appellees.

Before KING, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.